United States Bankruptcy Court
Central District of California

In re:                                                              Case No. 11-24258-AA
Orlando Jose Medrano                                                Chapter 13
Arelys Perez-Medrano
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-1          User: admin             Page 1 of 2              Date Rcvd: Jul 25, 2012
                              Form ID: pdf031         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2012.
db/jdb         +Orlando Jose Medrano,    Arelys Perez-Medrano,    7918 Goodland Ave,
                 North Hollywood, CA 91605-2045
cr             +Bank Of America, N.A., successor by merger to BAC,    c/o McCarthy & Holthus, LLP,
                 1770 Fourth Avenue,    San Diego, CA 92101-2607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bncmail@w-legal.com Jul 26 2012 06:39:09     Candica, LLC,
                 c/o Weinstein And Riley, PS,   2001 Western Avenue,    Suite 400,   Seattle, WA 98121-3132
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Courtesy NEF
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 27, 2012**                  **Signature:**  _Joseph Speetjens_

```
District/off: 0973-1          User: admin              Page 2 of 2              Date Rcvd: Jul 25, 2012
                              Form ID: pdf031          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2012 at the address(es) listed below:

```
              Cassandra J Richey    on behalf of Interested Party  Courtesy NEF cmartin@pprlaw.net
              Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
              Jacqueline S Eberhard    on behalf of Creditor  Bank Of America, N.A., successor by merger to BAC
               Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP, its assignees and/or
               successors bknotice@mccarthyholthus.com
              Lisa F Collins-Williams    on behalf of Debtor Orlando Medrano lawkeeper@msn.com
              United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                            TOTAL: 5
```

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lisa F Collins-Williams, Esq. (SBN 176655)<br>Law Office of Lisa F Collins-Williams<br>2601 W Martin Luther King Jr Blvd Ste B<br>Los Angeles CA 90008<br>Office (323) 290-6650<br>Fax (323) 924-7129<br><br>☒ Attorney for Debtor(s)<br>☐ Debtor(s) appearing without attorney | **FILED & ENTERED**<br><br>JUL 25 2012<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY ogier    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** *San Fernando Valley* **DIVISION**

| In re:<br><br>Orlando Jose Medrano<br><br>And<br><br>Arelys Perez-Medrano<br><br><br><br>Debtor(s). | CASE NO.:11-24258-AA<br>CHAPTER: 13<br><br>**ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br>**[11 U.S.C. § 506(d)]**<br><br>DATE: March 8, 2012<br>TIME: 9:00 a.m.<br>COURTROOM: 303<br>PLACE: 21041 Burbank Blvd., Woodland Hills |

**NAME OF CREDITOR HOLDING JUNIOR LIEN:** *Bank Of America, N.A.*

1. The Motion was:     ☐ Opposed     ☒ Unopposed     ☐ Settled by stipulation

2. The Motion affects the junior trust deed(s), mortgage(s), or other lien(s) encumbering the following real property ("Subject Property"), which is the principal residence of debtor(s):

    *Street Address:*     7918 Goodland Avenue
    *Unit Number:*
    *City, State, Zip Code:*     North Hollywood, CA 91605

    Legal description or document recording number (including county of recording):

    Lot 5 of Tract 25960 in the City of Los Angeles County of Los Angeles State of California as per map recorded in Book 672, pages 57 to 59 inclusive of maps in the office of the County Recorder of said county

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                                  Page 1                                                  F 4003-2.4.ORDER

Except all minerals, oils, petroleum and kindred substances and natural gas, under or in said land, as reserved in the Deed from H H Braly and Henrietta Braly, recorded in Book 5008 page 49 of Deeds.

☐ See attached page.

3. The Subject Property is subject to the following deed(s) of trust, mortgage(s) or other lien(s) in the amounts specified securing the debt against the Subject Property, which will be treated as indicated:

   a. *Bank Of America, N.A.* in the amount of $ *311,218.76*.

   b. *Bank of America, N.A.* in the amount of $ *202,890.00* ☒ is ☐ is not to be avoided;

   c. *Name of holder of 3rd lien* in the amount of $ *Amount of lien* ☐ is ☐ is not to be avoided;

   ☐ See attached page for any additional encumbrance(s).

4. The motion is:

   a. ☐ DENIED ☐ with ☐ without prejudice, on the following grounds:

      1. ☐ Based upon the findings and conclusions made on the record at the hearing
      2. ☐ Unexcused non-appearance by Movant
      3. ☐ Lack of proper service
      4. ☐ Lack of evidence supporting motion
      5. ☐ Other (specify):

   b. ☒ GRANTED on the following terms:

      i. The Subject Property is valued at no more than $ *277,500.00* based on adequate evidence.

      ii. This avoidance of the respondent's junior lien is effective upon: ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge in this case.

      iii. Before the discharge, no payments are to be made on the secured claim of the junior lienholder; maintenance payments are not to be made.

      iv. The claim of the junior lienholder is to be treated as an unsecured claim and is to be paid through the plan pro rata with all other unsecured claims.

      v. The junior lienholder's claim on the deed of trust, mortgage or lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim. The junior lienholder is not required to, but may file an amended Proof of Claim listing its claim as an unsecured claim to be paid in accordance with the Debtor's chapter 13 plan. If an amended claim is not filed, the Trustee may treat any claim on the debt (secured or unsecured) filed by the junior lienholder as unsecured upon entry of this order.

      vi. The avoidance of the junior lienholder's deed of trust, mortgage or lien is contingent upon: ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

      vii. The junior lienholder shall retain its lien in the junior position for the full amount due under the corresponding note and deed of trust, mortgage or lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*    Page 2    **F 4003-2.4.ORDER**

      the Bankruptcy Code, or if the Subject Property is sold or refinanced prior to the Debtor's ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

  viii.  In the event that the holder of the first deed of trust or any senior lien on the Subject Property forecloses on its interest and extinguishes the junior lienholder's lien rights prior to the Debtor's ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge, the junior lienholder's lien shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.

  ix.  ☐ See attached continuation page for additional provisions.

###

DATED: July 25, 2012

_____
United States Bankruptcy Judge

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*　　　　　　　　　　　　　　　　　　　　Page 3　　　　　　　　　　　　　　　　　　　　**F 4003-2.4.ORDER**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2601 W Martin Luther King Jr Blvd Ste B Los Angeles CA 90008

A true and correct copy of the foregoing document entitled: **PROPOSED ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

> **NOTE:** When using this form to indicate service of a proposed order, DO NOT list any person or entity in this service category.  Proposed orders do not generate an NEF.

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) **July 25, 2012**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Judge Alan M Ahart
21041 Burbank Blvd, Ste 342
Woodland Hills CA 91367

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/25/2012 | Veronica Romero | /S/ Veronica Romero |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                              Page 4                                              **F 4003-2.4.ORDER**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) **July 25, 2012**, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

Elizabeth F Rojas – cacb_ecf_sv@ch13wla.com
US Trustee – ustpregion16.wh.ecf@usdoj.gov
Lisa F Collins-Williams – lisawilliamslaw@hotmail.com; lawkeeper@msn.com
Cassandra J Richey – cmartin@pprlaw.net
Jacqueline S Eberhard – bknotice@mccarthyholthus.com

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses stated below:

| | | |
|---|---|---|
| Orlando Jose Medrano | Arelys Perez-Medrano | Candica, LLC |
| 7918 Goodland Ave | 7918 Goodland Ave | c/o Weinstein And Riley, PS |
| North Hollywood CA 91605 | North Hollywood CA 91605 | 2001 Western Avenue, Ste 400 |
| | | Seattle WA 98121 |

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*    Page 5    **F 4003-2.4.ORDER**